## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| GEOGRAPHIC LOCATION INNOVATIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>EVEREVE, INCORPORATED,<br><br>  Defendant. | CASE NO. 0:21-cv-01048-WMW-HB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Geographic Location Innovations, LLC ("Plaintiff" or "GLI") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Evereve, Incorporated without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

DATED: June 7, 2021                    Respectfully Submitted,

                        s/Paul Robbennolt
                        Devan Padmanabhan (#240126)
                        Paul Robbennolt (#240497)
                        PADMANABHAN & DAWSON, PLLC
                        45 South 7th St., Suite 2315,
                        Minneapolis, MN 55402
                        Telephone: 612-444-3601
                        devan@paddalawgroup.com
                        paul@paddalawgroup.com

                        **ATTORNEYS FOR PLAINTIFF**